

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00256-CV

**In the Interest of A.N.H**. and T.D.H., Children

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-01405
Honorable Charles E. Montemayor, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED. No costs shall be assessed against Father in relation to this appeal because he qualifies as indigent under Texas Rule of Appellate Procedure 20.1.

SIGNED August 19, 2015.

_____
Jason Pulliam, Justice